In re: James P. KIRWAN and Nikki L. Kirwan, Debtors.

1. The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Irwin I. Tuttleman, Plaintiff–Appellant,

and

David M. Tuttleman, Appellant,

v.

James P. Kirwan, Defendant–Appellee.

No. 99–16107.

D.C. No. CV–97–21124–SW.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 15, 2000.

Decided Jan. 11, 2001.

Before WALLACE, FISHER, and RAWLINSON, Circuit Judges.

MEMORANDUM*

Upon consideration of the record, the briefs, and the parties' arguments, we affirm for the reasons given in the district court's order dated April 16, 1999.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.